## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GUILLERMO GRIJALVA-GARCIA,

      Petitioner,

vs.                                                                                          No. CIV 10-0275 JB/WDS

RAY TERRY, Warden,

      Respondent.

### **FINAL JUDGMENT**

      Pursuant to the Memorandum Opinion and Order adopting the Magistrate Judge's Proposed

Findings and Recommended Disposition, filed March 3, 2011 (Doc. 18) and granting Respondent's

Motion to Dismiss for Lack of Ripeness, filed April 21, 2010 (Doc. 9), Plaintiff's Complaint is

dismissed without prejudice, and the case is dismissed.

 

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Guillermo Grijalva-Garcia
Otero County Processing Center
Chaparral, New Mexico

      *Petitioner pro se*

Kenneth J. Gonzales
  United States Attorney
Randilynn Lord
  Assistant United States Attorney
Albuquerque, New Mexico

      *Attorneys for the Respondent*